**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TALENTBURST, INC., <br>             Plaintiff, <br><br>     v. <br><br> COLLABERA INC. (F/K/A GLOBAL CONSULTANTS, INC.), <br>             Defendant. | Civil Action No. 1:08-cv-10940-WGY |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff TalentBurst, Inc. ("TalentBurst") hereby moves pursuant to Fed. R. Civ. P. 15(a) and this Court's Memorandum and Order dated July 25, 2008, for leave to amend its Complaint. In support of this Motion for Leave to Amend, TalentBurst submits a Proposed Amended Complaint and, pursuant to Local Rule 7.1(b)(1), a Memorandum in Support of the Motion. TalentBurst also has filed, this same date, a Motion for Reconsideration, or in the Alternative, to Remand the Case to the Superior Court.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), TalentBurst believes that oral argument may assist the Court in determining this Motion and counsel wishes to be heard. TalentBurst therefore requests that oral argument be scheduled on this Motion.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel for TalentBurst hereby certifies that she has conferred with counsel for defendant Collabera Inc.'s (f/k/a Global Consultants, Inc.) and has attempted in good faith to resolve or narrow the issues presented in this Motion.

- 2 -

        Respectfully submitted,

        TALENTBURST, INC.

        By Its Attorney,

        /s/_Sally L. Adams
        Sally L. Adams, BBO# 629688
        THE LAW OFFICE OF SALLY L. ADAMS
        60 Ridgewood Road
        Milton, MA  02186
        Telephone:   (617) 696-2027
        Facsimile:    (617) 298-2040

DATED:  August 25, 2008

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was filed through the CM/ECF system and will be served electronically upon the attorney of record for each other party as identified in the Notice of Electronic Filing, or will be served by U.S. Mail upon those indicated as non-registered on August 25, 2008.

        /s/ Sally L. Adams
        Sally L. Adams