UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TALENTBURST, INC.,<br>        Plaintiff/ Defendant-in-Counterclaim,<br><br>   v.<br><br>COLLABERA INC. (F/K/A GLOBAL CONSULTANTS, INC.),<br>        Defendant/ Plaintiff -in-Counterclaim. | Civil Action No. 1:08-cv-10940-WGY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff TalentBurst, Inc. and defendant Collabera Inc. (f/k/a Global Consultants, Inc.) by their respective attorneys, hereby stipulate and request that all claims and counterclaims in the above action be and hereby are dismissed in full, with prejudice, and that each party shall bear his or its own costs, and each party waives any and all rights to appeal.

Respectfully submitted,

TALENTBURST, INC.

By its attorney,


/s/ Sally L. Adams_____
Sally L. Adams, BBO #629688
THE LAW OFFICE OF SALLY L. ADAMS
60 Ridgewood Road
Milton, MA 02186
(617) 696-2027

Respectfully submitted,

COLLABERA INC.

By its attorneys,


/s/ Charles E. McDonald III_____
Charles E. McDonald III (*pro hac vice*)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Post Office Box 2757
Greenville, SC 29601
(864) 271-1300

        /s/ Robert M. Shea
Robert M. Shea, BBO #556356
Scott J. Connolly, BBO # 651007
MORSE, BARNES-BROWN
& PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Dated: February 17, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed through the CM/ECF system and will be served electronically upon the attorney of record for each other party as identified in the Notice of Electronic Filing, or will be served by U.S. Mail upon those indicated as non-registered, on February 17, 2009.

        /s/ Sally L. Adams
Sally L. Adams